Matter of Reichenberg
2026 NY Slip Op 03500
June 4, 2026
Appellate Division, Third Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Harry M. Reichenberg, an Attorney. (Attorney Registration No. 4297834.)

Decided and Entered:June 4, 2026
PM-119-26
Calendar Date: May 26, 2026
Before: Clark, J.P., Pritzker, Ceresia, Mackey And Corcoran, JJ.

Harry M. Reichenberg, Gibbsboro, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]
Per Curiam.
Harry M. Reichenberg was admitted to practice by this Court in 2005 and lists a business address in Gibbsboro, New Jersey with the Office of Court Administration. Reichenberg now seeks leave to resign from the New York bar for nondisciplinary reasons by affidavit sworn to September 19, 2025 (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application by correspondence from its Deputy Chief Attorney dated April 23, 2026. Reichenberg has been heard in reply by correspondence dated April 30, 2026 and May 13, 2026.
As is noted by AGC, Reichenberg is presently delinquent in his New York attorney registration requirements, having failed to register for 2025-2026 biennial period within 30 days of his birthdate (see Judiciary Law § 468-a; Rules of Chief Admr of Cts [22 NYCRR] § 118.1). While Reichenberg indicates that he mailed his application for nondisciplinary resignation (see Rules for Atty Disciplinary Matters [22 NYCRR] part 1240, appendix E) in September 2025, records reveal that his application was not filed with the Court until March 2026. As Reichenberg's biennial registration remains delinquent and therefore subjects him to potential disciplinary action (see Judiciary Law § 468-a [5]; Rules of Prof Conduct [22 NYCRR 1200.0] rule 8.4 [d]; see also Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1021 [3d Dept 2014]), he is ineligible for nondisciplinary resignation and his application must be denied (see Matter of Cluff, 148 AD3d 1346, 1346-1347 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]). Further, any future application by Reichenberg must be supported by proof of his full satisfaction of the requirements of Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 (see Matter of Frank, 146 AD3d 1228, 1228-1229 [3d Dept 2017]).
Clark, J.P., Pritzker, Ceresia, Mackey and Corcoran, JJ., concur.
ORDERED that Harry M. Reichenberg's application for permission to resign is denied.